WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
(916) 444-7900
(916) 444-7998 fax

Attorney for Defendant Joseph McAllister

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.   2:04-cr-0218-MCE |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND** |
| | ) | ~~(PROPOSED)~~ **ORDER** |
| JOSEPH WILLIAM McALLISTER, | ) | **TO CONTINUE SENTENCING DATE** |
| | ) | **AND RELATED DEADLINES** |
| Defendant. | ) | |
| _____ | ) | Date: January 17, 2006 |
| | ) | Time: 8:30 a.m. |
| | | Hon. Morrison C. England, Jr. |

With the Court's permission, defendant JOSEPH WILLIAM McALLISTER and plaintiff UNITED STATES OF AMERICA, by and through their undersigned counsel, do hereby stipulate and agree to vacate the defendant's Sentencing Hearing, presently set for January 17, 2006 at 8:30 a.m., and reset it for February 14, 2006 at 8:30 a.m.  Written objections to the PSR will be due January 17, 2006, and the Correction Date will be January 31, 2006.

This rescheduling is necessary due to the parties' attempts to resolve a sentencing issue. The parties are presently attempting to the issue informally.

//

//

//

//

1  It is further stipulated and agreed that time will continue to be excluded for the same
2  reasons articulated in our prior court appearances.

4  DATED: December 29, 2005          /s/ William J. Portanova
                                     WILLIAM J. PORTANOVA
5                                    Attorney for Defendant
                                     JOSEPH WILLIAM McALLISTER

7
   DATED: December 29, 2005          /s/ Philip A. Ferrarri
8                                    PHILIP A. FERRARRI
                                     Assistant United States Attorney

11 **IT IS SO ORDERED.**

12
13 **DATED: January 3, 2006**

                                     _____
16                                   MORRISON C. ENGLAND, JR
                                     UNITED STATES DISTRICT JUDGE