1  WILLIAM J. PORTANOVA, State Bar No. 106193
   Attorney at Law
2  400 Capitol Mall, Suite 1100
   Sacramento, CA 95814
3  (916) 444-7900
   (916) 444-7998 fax
4
   Attorney for Defendant Joseph McAllister
5

6

7
                    UNITED STATES DISTRICT COURT
8
                   EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA      )    CASE NO.   2:04-cr-0218-MCE
11                               )
          Plaintiff,             )
12                               )
       v.                        )    **STIPULATION AND**
13                               )    ~~(PROPOSED)~~ **ORDER**
   JOSEPH WILLIAM McALLISTER,    )    **TO CONTINUE SENTENCING DATE**
14                               )
          Defendant.             )    Date: February 14, 2006
15 _____ )    Time: 8:30 a.m.
                                 )    Hon. Morrison C. England, Jr.
16

17
       With the Court's permission, defendant JOSEPH WILLIAM McALLISTER and plaintiff
18
   UNITED STATES OF AMERICA, by and through their undersigned counsel, do hereby
19
   stipulate and agree to vacate the defendant's Sentencing Hearing, presently set for February 14,
20
   2006 at 8:30 a.m., and reset it for February 28, 2006 at 8:30 a.m. This rescheduling is necessary
21
   due to the parties' attempts to resolve a sentencing issue.  The parties are presently attempting to
22
   the issue informally.
23
   //
24
   //
25
   //
26
   //
27
   //
28

1   It is further stipulated and agreed that time will continue to be excluded for the same
2   reasons articulated in our prior court appearances.

4   DATED: February 10, 2005              /s/ William J. Portanova
                                          WILLIAM J. PORTANOVA
5                                         Attorney for Defendant
                                          JOSEPH WILLIAM McALLISTER

7
8   DATED: February 10, 2005              /s/ Robert M. Twiss for Philip A, Ferrarri
                                          PHILIP A. FERRARRI
                                          Assistant United States Attorney

11  **IT IS SO ORDERED.**

13  **DATED: February 16, 2006**

16  MORRISON C. ENGLAND, JR
    **UNITED STATES DISTRICT JUDGE**