WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
(916) 444-7900
(916) 444-7998 fax

Attorney for Defendant Joseph McAllister

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOSEPH WILLIAM McALLISTER, ) <br> ) <br> Defendant. ) <br> _____ ) <br> ) | CASE NO.   2:04-cr-0218-MCE <br><br> **STIPULATION AND** <br> **(PROPOSED) ORDER** <br> **TO CONTINUE SENTENCING DATE** <br><br> Date: February 28, 2006 <br> Time: 8:30 a.m. <br> Hon. Morrison C. England, Jr. |

With the Court's permission, defendant JOSEPH WILLIAM McALLISTER and plaintiff UNITED STATES OF AMERICA, by and through their undersigned counsel, do hereby stipulate and agree to vacate the defendant's Sentencing Hearing, presently set for February 28, 2006 at 8:30 a.m., and reset it for April 4, 2006 at 8:30 a.m. This rescheduling is necessary due to the parties' attempts to resolve a sentencing issue.

//

//

//

//

//

//

1   It is further stipulated and agreed that time will continue to be excluded for the same
2   reasons articulated in our prior court appearances.

4   DATED: February 10, 2005          /s/ William J. Portanova
                                       WILLIAM J. PORTANOVA
5                                      Attorney for Defendant
                                       JOSEPH WILLIAM McALLISTER

7
8   DATED: February 10, 2005          /s/ Philip A. Ferrarri
                                       PHILIP A. FERRARRI
                                       Assistant United States Attorney

11  **IT IS SO ORDERED.**

13  DATED: March 3, 2006

                                       _____
16                                     MORRISON C. ENGLAND, JR
                                       UNITED STATES DISTRICT JUDGE

- 2 -