| | |
|---|---|
| 1 | WILLIAM J. PORTANOVA, State Bar No. 106193 |
| | Attorney at Law |
| 2 | 400 Capitol Mall, Suite 1100 |
| | Sacramento, CA 95814 |
| 3 | (916) 444-7900 |
| | (916) 444-7998 fax |
| 4 | |
| | Attorney for Defendant Joseph McAllister |
| 5 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 2:04-cr-0218-MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND |
| | ) | (PROPOSED) ORDER |
| JOSEPH WILLIAM McALLISTER, | ) | TO CONTINUE SENTENCING DATE AND |
| | ) | RELATED DEADLINES |
| Defendant. | ) | |
| _____ | ) | Date: April 4, 2006 |
| | ) | Time: 8:30 a.m. |
| | | Hon. Morrison C. England, Jr. |

With the Court's permission, defendant JOSEPH WILLIAM McALLISTER and plaintiff UNITED STATES OF AMERICA, by and through their undersigned counsel, do hereby stipulate and agree to vacate the defendant's Sentencing Hearing, presently set for April 4, 2006 at 8:30 a.m., and reset it for April 18, 2006 at 8:30 a.m.

This rescheduling is necessary due to the parties' intention to file sentencing memoranda concerning a particular sentencing issue.

//
//
//
//
//

1  It is further stipulated and agreed that time will continue to be excluded for the same
2  reasons articulated in our prior court appearances.

4  DATED: March 30, 2006         /s/ William J. Portanova
                                 WILLIAM J. PORTANOVA
5                                Attorney for Defendant
                                 JOSEPH WILLIAM McALLISTER

7  DATED: March 30, 2006         /s/ Philip A. Ferrarri
                                 PHILIP A. FERRARRI
8                                Assistant United States Attorney

11 **IT IS SO ORDERED.**

13 DATED: April 3, 2006

                                 _____
16                               MORRISON C. ENGLAND, JR
                                 UNITED STATES DISTRICT JUDGE