PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**  )<br>  )<br>     vs.    )<br>  )<br>**JOSEPH WILLIAM McALLISTER**  )<br>  ) | **Docket Number:  2:04CR00218-04** |

On April 18, 2006, the above-named releasee was placed on Supervised Release for a period of 3 years, which commenced on April 12, 2007. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

                Respectfully submitted,

                /s/ Richard A. Ertola
  for
                **MICHAEL A. SIPE**
                **Senior United States Probation Officer**

Dated:      June 4, 2009
              Roseville, California
              MAS:jc

**REVIEWED BY:**    /s/ Richard A. Ertola
                         **RICHARD A. ERTOLA**
                         **Supervising United States Probation Officer**

**Re:  Joseph William McALLISTER**
     **Docket Number:   2:04CR00218-04**
     **ORDER TERMINATING SUPERVISED RELEASE**
     **PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

Dated: June 8, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

MAS:jc
Attachment:   Recommendation
cc:     United States Attorney's Office
        Fiscal Clerk, Clerk's Office

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**RECOMMENDATION TERMINATING
SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number:** 2:04CR00218-04 |
| ) | |
| **JOSEPH WILLIAM McALLISTER** ) | |
| ) | |

**LEGAL HISTORY:**

On April 18, 2006, the above-named releasee was placed on Supervised Release for a period of thirty-six months, which commenced on April 12, 2007. Special conditions included a requirement for search and seizure; financial access; correctional treatment for drug or alcohol abuse; drug and alcohol testing; a co-payment plan for services of $25 per month; and DNA testing as directed by the probation officer.

**SUMMARY OF COMPLIANCE:**

The releasee has complied with all conditions and special conditions of Supervised Release, and he has not been involved in any further criminal activities. It is the opinion of the probation officer that Joseph William McAllister has derived maximum benefit from supervision and is not in need of continued supervision.

**RECOMMENDATION:**

It is, therefore, respectfully recommended that Supervised Release in this case be terminated early.

Respectfully submitted,

/s/ Michael A. Sipe

**MICHAEL A. SIPE
Senior United States Probation Officer**

Dated:        May 21, 2009

**Re:     Joseph William McALLISTER
         Docket Number:   2:04CR00218-04
         RECOMMENDATION TERMINATING
         SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**

      Roseville, California
      MAS:jc

**REVIEWED BY:**     /s/ Richard A. Ertola
                  **RICHARD A. ERTOLA
                  Supervising United States Probation Officer**

MAS:jc

cc:   AUSA Philip Ferrari (Pursuant to Rule 32, notice of proposed relief to the supervisee is being provided. If no objection is received from you within 14 days, the probation officer's Recommendation and Prob35-Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)